UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

      v.                        Cr. No. 09-

TROY MUDER
LYNETTE MARYEA
JUSTIN KNOWLES
KASIE RANDALL
KERRY NOONAN
NOAH GRASSIE
JARED BOWLEY
THOMAS GOLLIVER
RICHARD WOODS
NOREEN DURHAM
ARTHUR WILSON
KRYSTIL KARLSON
MARCIE JANVRIN
MICHAEL MERRILL
TAMIKA PERKINS

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**
**[21 U.S.C. §§ 846 and 841 (a)(1)]**

From on or about July 2009, to on or about September 20, 2009, in the Districts of New Hampshire, Massachusetts, and elsewhere, the defendants,

TROY MUDER
LYNETTE MARYEA
JUSTIN KNOWLES
KASIE RANDALL
KERRY NOONAN
NOAH GRASSIE
JARED BOWLEY
THOMAS GOLLIVER
RICHARD WOODS
NOREEN DURHAM
ARTHUR WILSON
KRYSTIL KARLSON
MARCIE JANVRIN

**MICHAEL MERRILL**
**TAMIKA PERKINS**

did knowingly and willfully combine, conspire and agree with each other and other persons both known and unknown to the Grand Jury, to possess with the intent to distribute and to unlawfully distribute Oxycodone, a Schedule II narcotic controlled substance, Oyxcontin, a Schedule II narcotic controlled substance, Suboxone, a Schedule III narcotic controlled substance, Lorezpam, a Schedule IV narcotic controlled substance, and Ativan, a Schedule IV narcotic controlled substance, all in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

### NOTICE OF CRIMINAL FORFEITURE PURSUANT TO 21 U.S.C. §§ 853(a)(1) and (2)

#### A. FORFEITABLE PROPERTY

The allegations of Count 1 of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853(a)(1) and (2).  Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendant, Kasie Randall, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2):

(a)  any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and

(b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

One blue 2004 Volkswagen Touareg, VIN WVGBC67L14D011389, New Hampshire registration KC-ROSE.

(c) a sum of money equal to the amount of proceeds obtained as a result of the charged offense.

All in accordance with Title 18, United States Code, Section 982(a)(1), and Rule 32.2(a), Federal Rules of Criminal Procedure.

December 16, 2009                                                          A TRUE BILL

                                                                                  /s/ Foreperson
                                                                                  Foreperson

JOHN P. KACAVAS
United States Attorney


By: /s Jennifer C. Davis
Jennifer Cole Davis
Assistant United States Attorney