

UNITED STATES PROBATION & PRETRIAL SERVICES
District of New Hampshire

# MEMORANDUM

DATE: June 7, 2013

TO: Honorable Joseph N. Laplante
Chief U.S. District Judge

FROM: Paul Daniel  *PD*
U.S. Probation Officer

RE: U.S. vs. Jared Bowley
Dkt. No. 09-CR-187-07-JL

**Probation Officer's Response to Motion for Early Termination of Supervised Release**

Jared Bowley was sentenced in this Court on May 3, 2011, following his guilty plea to Conspiracy to Possess with Intent to Distribute Oxycodone, Oxycontin, Suboxone, Lorezpam, and Ativan, in violation of 21 U.S.C. §§ 846, and 841(a)(1). Bowley received a sentence of time served, followed by three years supervised release. The Court further imposed special conditions for substance abuse treatment and testing; abstinence from alcohol; mental health treatment; and eight months home detention with electronic monitoring. The $100 special assessment has been paid in full.

Bowley began his term of supervised release on May 3, 2011, when he was sentenced to time served. While on pretrial release, Bowley participated in substance abuse treatment through Southeastern NH Services in Dover (NH). Individual counseling continued into supervised release until he was discharged in June 2011, after having completed almost two years of individual counseling. While on supervised release, Bowley has maintained a stable residence and employment. Bowley and his wife purchased their first house and are about to have their second child. All urine screens have returned with negative results. There is no indication of new criminal conduct. By all indications, Bowley has made a favorable transition to the community and has complied fully with all standard and special conditions of supervised release.

18 U.S.C. §§ 3564(c) and 3583(e)(1) permit the court to terminate terms of probation in misdemeanor cases at any time, and terms of supervised release or probation in felony cases at the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. Given that Bowley has attained the goals of supervision and meets the statutory criteria set forth for consideration of an early termination, the probation officer respectfully recommends that supervision be terminated at this time. The probation officer is available at the Court's convenience should there be any questions or need for additional information.

Reviewed by

Daniel F. Gildea
Supervising U.S. Probation Officer