UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:19-cr-187-07-JL |
| JARED BOWLEY ) | |

GOVERNMENT'S POSITION ON DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

The United States joins the United States Probation Officer's recommendation that the Court grant Mr. Bowley's request for early termination of supervised release. *See Probation Officer's Response to Motion for Early Termination of Supervised Release*, Document No. 755, dated June 7, 2013.  Given Mr. Bowley's law abiding conduct and continued rehabilitation while on supervision as set forth in his motion and supported by the Probation Officer's Response, it appears that Mr. Bowley has more than successfully met the goals of supervision and has completed over two years of his three year term of supervision, and thus is statutorily eligible to be considered for early termination.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

Dated:  June 13, 2013          By:          /s/ Jennifer C. Davis
Jennifer Cole Davis
Assistant U.S. Attorney
Bar No. 10222
U.S. Attorney's Office
53 Pleasant Street
Concord, NH 03301
603.225.1552

1

Certificate of Service

      I hereby certify that a copy of the above motion was sent first class mail to 3773 Province Lake Road, E. Wakefield, NH 03830, and hand delivered to USPO Daniel Gildea.

Dated: June 13, 2013                    /s/ Jennifer C. Davis
                                                        Jennifer Cole Davis
                                                        Assistant U.S. Attorney